IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEATHER TAYLOR, a/k/a HEATHER SHANK**                              **PLAINTIFF**

v.                                              **CAUSE NO. 1:15CV290-LG-RHW**

**HARRISON COUNTY, MISSISSIPPPI, and**
**SHERIFF MELVIN BRISOLARA, in his official capacity**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's Fourteenth Amendment equal protection claim and state law claims against the defendants are **DISMISSED WITHOUT PREJUDICE**. All other claims against the defendants are **DISMISSED WITH PREJUDICE**. All claims made by the parties having now been resolved, this case may be finally dismissed.

**SO ORDERED AND ADJUDGED** this the 28th day of April, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE